ACCEPTED
11-17-00110-CR
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
7/12/2017 8:17 AM
SHERRY WILLIAMSON
CLERK

**No. 11-17-00110-CR**

**IN THE
COURT OF APPEALS
OF THE ELEVENTH SUPREME JUDICIAL DISTRICT**

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
07/12/17 8:17:22 AM
SHERRY WILLIAMSON
Clerk

_____

**Fernandez v. State**

_____

## DESIGNATION OF ATTORNEY FOR THE STATE

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW the State by and through her Special Prosecution Unit Attorney, Melinda Fletcher, and designate herself as the attorney of record in this case. The Special Prosecution Unit has represented the State throughout this case, at the request of the elected District Attorney, and will continue to represent the State. This attorney now responsible for all post-trial actions on behalf of the State.

Please update your records to reflect the new information.

Respectfully submitted,

/s/ Melinda Fletcher

Melinda Fletcher
State Bar Number 18403630
Special Prosecution Unit
Post Office Box 1744
Amarillo, Texas 79105
Telephone: (806) 433-8720
E-mail mfletcher@sputexas.org

**Certificate of Service**

I certify that a true and correct electronic copy of the foregoing Designation of Attorney for the State has been served on Abel Dominguez, attorney for Fernandez, via efile.txcourts.gov on this the 12th day of July, 2017, addressed to Abel.A.Dominguez@gmail.com

/s/ Melinda Fletcher
Melinda Fletcher